IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00346-MR-WCM

| | | |
|---|---|---|
| VERONICA D. NEWKIRK, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| TROOPER CHRISTOPHER COLTON WADE, *in his individual and official capacities;* | ) | |
| TROOPERS JOHN DOES 1-2, *in their individual and official capacities;* | ) | |
| COMMANDER GLENN M. MCNEIL JR., *in his individual and official capacity;* | ) | |
| NORTH CAROLINA HIGHWAY PATROL; | ) | |
| SECRETARY EDDIE BUFFALOE, JR., *in his individual and official capacity;* | ) | |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; | ) | |
| DEPUTIES JANE DOES 1-4, *in their individual and official capacities;* | ) | |
| DETENTION CAPTAIN MICHAEL MAUNEY, *in his individual and official capacity;* | ) | |
| DETENTION MAJOR RODNEY FITCH, *in his individual and official capacity;* | ) | |
| SHERIFF ALAN NORMAN, *in his individual and official capacity;* | ) | |
| CLEVELAND COUNTY SHERIFF'S OFFICE; and | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

1

This matter is before the Court on a Motion to Withdraw as Counsel (Doc. 23) which has been filed by attorney Darlene Harris, who appears for Plaintiff.

Having reviewed the Motion and the docket, the undersigned finds that a hearing should be conducted.

**IT IS THEREFORE ORDERED THAT:**

1. The Clerk is **RESPECTFULLY DIRECTED** to schedule an in-person hearing on the Motion to Withdraw along with a status conference. Ms. Harris is **DIRECTED** to ensure that Plaintiff Veronica D. Newkirk receives notice of those proceedings.

2. On the Court's own motion, the deadlines for Plaintiff to respond to the pending motions to dismiss (Docs. 18, 20) are **TEMPORARILY STAYED** pending resolution of the Motion to Withdraw.

Signed: February 15, 2024

W. Carleton Metcalf
United States Magistrate Judge