**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:23-cv-00346-MR-WCM**

| | | |
|---|---|---|
| **VERONICA D. NEWKIRK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **CHRISTOPHER COLTON** | ) | |
| **WADE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On November 5, 2024, the Court entered an Order, which *inter alia* directed the Plaintiff to show cause for the failure to effect service on the Defendants Glenn M. McNeil, Jr., Trooper John Does 1-2, and Deputies Jane Does 1-4. [Doc. 51 at 20]. The Plaintiff was specifically warned that failure to respond in writing within fourteen (14) days of the entry of the Order would result in a dismissal of these Defendants. [Id.]. The deadline for responding has now passed, and the Plaintiff has not responded to the Court's Show Cause Order.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's claims against Defendants Glenn M. McNeil, Jr., Trooper John Does 1-2, and

Deputies Jane Does 1-4 are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and those Defendants are hereby terminated from this action.

**IT IS FURTHER ORDERED** that, within **fourteen (14) days** of the entry of this Order, the parties shall conduct an Initial Attorney's Conference. At the conference, the parties are required to discuss the issue of consent to the jurisdiction of a magistrate judge in accordance with Local Civil Rules 16.1(A) and 73.1(C). The Certificate of Initial Attorneys Conference, and if applicable, the Joint Stipulation of Consent to Exercise Jurisdiction by a U.S. Magistrate Judge, shall be filed within **seven (7) days** of the conference.

**IT IS SO ORDERED.**

Signed: November 25, 2024

Martin Reidinger
Chief United States District Judge

2