IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00346-MR-WCM

| | | |
|---|---|---|
| VERONICA D. NEWKIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TROOPER CHRISTOPHER | ) | |
| COLTON WADE, *in his individual* | ) | |
| *and official capacities*; | ) | ORDER |
| TROOPERS JOHN DOES 1-2, | ) | |
| *in their individual and official capacities*; | ) | |
| COMMANDER GLENN M. MCNEIL JR., | ) | |
| *in his individual and official capacity*; | ) | |
| NORTH CAROLINA | ) | |
| HIGHWAY PATROL; | ) | |
| SECRETARY EDDIE BUFFALOE, JR., | ) | |
| *in his individual and official capacity*; | ) | |
| NORTH CAROLINA DEPARTMENT | ) | |
| OF PUBLIC SAFETY; | ) | |
| DEPUTIES JANE DOES 1-4, | ) | |
| *in their individual and official capacities*; | ) | |
| DETENTION CAPTAIN MICHAEL | ) | |
| MAUNEY, *in his individual* | ) | |
| *and official capacity*; | ) | |
| DETENTION MAJOR RODNEY FITCH, | ) | |
| *in his individual and official capacity*; | ) | |
| SHERIFF ALAN NORMAN, | ) | |
| *in his individual and official capacity*; | ) | |
| and | ) | |
| LIBERTY MUTUAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

1

This matter is before the Court on Defendant Christopher Colton Wade's Motion to Attend Initial Pretrial Conference by Telephone. Doc. 56.

The Motion will be denied, as the undersigned finds that, under the circumstances presented, Plaintiff and counsel for all remaining Defendants[1] should appear in person at the Initial Pretrial Conference. However, the time set for the conference will be changed to later in the day, to reduce the travel burden for Plaintiff and defense counsel.

**IT IS THEREFORE ORDERED THAT:**

1. Defendant's Motion to Attend Initial Pretrial Conference by Telephone (Doc. 56) is **DENIED**.

2. The start time for the Initial Pretrial Conference is changed to **1:00PM** on **January 15, 2025**.

Signed: January 2, 2025

W. Carleton Metcalf
United States Magistrate Judge

---

[1] At least one attorney of record must appear for each remaining defendant. Where a defendant is represented by multiple attorneys, it is not necessary for all of those attorneys to appear.