# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Veronica D. Newkirk, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:23-cv-00346-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher Colton Wade, et al. | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 14, 2025 Order.

May 15, 2025

Katherine Hord Simon, Clerk
United States District Court